## ELEAZER WINAKUR *v.* ROBERT S. ZENO
[No. 11, October Term, 1935.]

*Decided October 31st, 1935.*

The cause was argued before BOND, C. J., URNER, OFFUTT, PARKE, SLOAN, MITCHELL, SHEHAN, and JOHNSON, JJ.

*Louis Mitnick,* for the appellant.

*Benjamin L. Freeny,* for the appellee.

BOND, C. J., delivered the opinion of the Court.